ACCEPTED
03-15-00451-CV
7056429
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 1:17:27 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00451-CV

| | | |
|---|---|---|
| ANGELA BROOKS-BROWN | § | IN THE THIRD |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| USAA TEXAS LLOYD'S COMPANY | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 1:17:27 PM
JEFFREY D. KYLE
Clerk

## AMENDED CERTIFICATE OF CONFERENCE RE: APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF

I certify that I conferred with Lisa Songy on September 23, 2015 and she does not oppose Appellant's Motion to Extend Time to File Brief.

/s/ *Danny Ray Scott*

_____

Danny Ray Scott

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the parties listed below electronically though the court's electronic-filing manager on September 23, 2015:

Lisa A. Songy
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
E-Mail Address: LisaS@tbmmlaw.com

/s/ *Danny Ray Scott*

_____

Danny Ray Scott